**STATE of Missouri, Respondent,**

v.

**Leontae C. HILL, Appellant.**

**No. WD 61085.**

Missouri Court of Appeals,
Western District.

June 17, 2003.

Motion for Rehearing and/or Transfer to
Supreme Court Denied July 29, 2003.

Application for Transfer Denied
Sept. 30, 2003.

Emmett D. Queener, Columbia, for Appellant.

John M. Morris, III, Nicole E. Gorovsky, (Co-Counsel), Jefferson City, for Respondent.

Before HOWARD, P.J.,
LOWENSTEIN and HARDWICK, JJ.

## ORDER

PER CURIAM.

Appellant, Leontae Hill was found guilty by a jury of four counts of assault on a law enforcement officer and four counts of armed criminal action for firing thirty shots from an assault rifle into a police squad car where four officers were riding. Hill raises five points on appeal, including lack of sufficient evidence on three counts as well as a *Baston* challenge and trial errors.  Affirmed. Rule 30.25(b).